| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | Unimex Corporation |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Maelstrom Tactical<br>DBA  Maelstrom Footwear<br>DBA  Buffer Zone |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-4838552 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>21351 Gentry Dr., Suite 130<br>Sterling, VA 20166-8511<br>Number, Street, City, State & ZIP Code<br><br>Loudoun<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | unimexus.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  Unimex Corporation                                        Case number (*if known*)
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor  Unimex Corporation  Case number (*if known*)
      Name

Debtor __Unimex Corporation_____   Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Unimex Corporation
     Name

Case number (*if known*) _____

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 16, 2020
               MM / DD / YYYY

**X** /s/ Weiwei Jian                                       Weiwei Jian
Signature of authorized representative of debtor       Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Steven B. Ramsdell,                    Date  November 16, 2020
Signature of attorney for debtor                                   MM / DD / YYYY

Steven B. Ramsdell, 33222
Printed name

Tyler, Bartl & Ramsdell, PLC
Firm name

300 N. Washington St.
Suite 310
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone  (703) 549-5000     Email address _____

33222 VA
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Unimex Corporation__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 16, 2020__    X __/s/ Weiwei Jian__
Signature of individual signing on behalf of debtor

__Weiwei Jian__
Printed name

__President__
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Unimex Corporation
United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5.11 Tactical, Inc. 62789 Collection Center Dr. Chicago, IL 60693-0627 | | Vendor debt | | | | $187,129.86 |
| Atlanco-Tru-Spec P.O. Box 746267 Atlanta, GA 30374-6267 | | Vendor debt | | | | $23,821.30 |
| Badger Sport P.O. Box 1036 Charlotte, NC 28201-1036 | | Vendor debt | | | | $46,409.40 |
| BB&T P.O. Box 580050 Charlotte, NC 28258-0050 | | | | $300,000.00 | $0.00 | $300,000.00 |
| Bill Page Plaza, LLC 6715 Arlington Blvd. Falls Church, VA 22042 | | Past due commercial rent | | | | $34,772.40 |
| Capital One P.O. Box 71083 Charlotte, NC 28272-1083 | | Visa credit card | | | | $65,627.00 |
| Cobmex Apparel, Inc. 19 Denison St. Markham, Ontario L3R 1B5 CANADA | | Vendor debt | | | | $23,372.00 |
| DHL Express USA, Inc. 16416 Northchase Dr. Houston, TX 77060 | | Vendor debt | | | | $35,035.30 |
| Echo Global Logistics 22168 Network Pl. Chicago, IL 60673-1221 | | Vendor debt | | | | $8,049.68 |

Debtor  Unimex Corporation                               Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Falcon Path, L.L.C.<br>7837 Martin Way, Suite B103<br>Olympia, WA 98516 | | Arbitration award | | | | $380,450.00 |
| Kroll International, LLC<br>P.O. Box 72529<br>Cleveland, OH 44192-0002 | | Vendor debt | | | | $7,309.46 |
| M&T Bank<br>P.O. Box 62146<br>Baltimore, MD 21264-2146 | | | | $256,325.33 | $0.00 | $256,325.33 |
| M&T Bank<br>P.O. Box 62146<br>Baltimore, MD 21264-2146 | | | | $90,778.41 | $0.00 | $90,778.41 |
| M&T Bank<br>Attn: Office of Gen. Counsel<br>One M&T Plaza<br>Buffalo, NY 14203 | | Paycheck Protection Program loan | | | | $75,208.00 |
| MSA Safety Sales, LLC<br>Sierra Monitor<br>1991 Tarob Ct.<br>Milpitas, CA 95035 | | Vendor debt | | | | $11,936.00 |
| PNC Bank<br>M.S. P5-PCLC-01-M<br>2730 Liberty Ave.<br>Pittsburgh, PA 15222 | | Line of credit | | $100,000.00 | $0.00 | $100,000.00 |
| U.S. Small Business Admin.<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155 | | SBA term loan | | | | $150,000.00 |
| U.S. Small Business Admin.<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155 | | SBA quick loan | | | | $9,000.00 |
| Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085 | | Vendor debt | | | | $7,362.51 |
| Yangzhou Putian Shoemaking<br>#1 Zhennan Rd. Linze Gayou Jiangsu<br>225621 China PR<br>CHINA | | Vendor debt | | | | $676,422.45 |

## United States Bankruptcy Court
### Eastern District of Virginia

In re: Unimex Corporation
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Weiwei Jian<br>20904 Butterwood Falls Ter.<br>Sterling, VA 20165 | Sole shareholder | 100% | Common stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: November 16, 2020

Signature: /s/ Weiwei Jian
Weiwei Jian

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

5.11 Tactical, Inc.
62789 Collection Center Dr.
Chicago, IL 60693-0627

ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014

American Consulate
GieBener Str. 30
Frankfurt, Germany 60435
GERMANY

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

Atlanco-Tru-Spec
P.O. Box 746267
Atlanta, GA 30374-6267

Badger Sport
P.O. Box 1036
Charlotte, NC 28201-1036

BB&T
P.O. Box 580050
Charlotte, NC 28258-0050

Belleville Boot Company
P.O. Box 205157
Dallas, TX 75320

Bill Page Plaza, LLC
6715 Arlington Blvd.
Falls Church, VA 22042

Blue Generation
The CIT Group
P.O. Box 1036
Charlotte, NC 28201-1036

Bureau of Engraving and Print
301 14th St., SW
Washington, DC 20228-0001

```
Capital One
P.O. Box 71083
Charlotte, NC 28272-1083


City Ocean International Inc.
1350 Valley Vista Dr.
Diamond Bar, CA 91765


Cobmex Apparel, Inc.
19 Denison St.
Markham, Ontario L3R 1B5
CANADA


Comcast
P.O. Box 3005
Southeastern, PA 19398-3005


Core Business Solutions, Inc.
208 S. 4th St., Suite 7
P.O. Box 631
Lewisburg, PA 17837


County of Henrico, VA
School Nutrition Services
3751A Nine Mile Rd.
Henrico, VA 23223


Danville Municipal Utilities
49 N. Wayne St., Suite 110
Danville, IN 46122


David C. Spellman, Esq.
Buchalter PC
1420 Fifth Ave., Suite 3100
Seattle, WA 98101


DHL Express USA, Inc.
16416 Northchase Dr.
Houston, TX 77060


DLA Aviation
NASC Commodities Division
8000 Jefferson Davis Hwy.
Richmond, VA 23297
```

DLA Land and Maritime
LSO Combat Vehicles & Armament
P.O. Box 3990
Columbus, OH 43218-3990


DLA Land and Maritime
Land Supply Chain Esoc Buys
P.O. Box 3990
Columbus, OH 43218-3990


DLA Troop Support
C & T Supply Chain
700 Robbins Ave.
Philadelphia, PA 19111-5096


DLA Troop Support
Construction & Equipment
700 Robbins Ave.
Philadelphia, PA 19111-5096


Dominion Energy
P.O. Box 26543
Richmond, VA 23290-0001


Echo Global Logistics
22168 Network Pl.
Chicago, IL 60673-1221


Elbeco, Inc.
P.O. Box 13099
Reading, PA 19612


Falcon Path, L.L.C.
7837 Martin Way, Suite B103
Olympia, WA 98516


First Tactical, LLC
4300 Spyres Way
Modesto, CA 95356


Gold Creek Properties, LLC
21351 Gentry Dr., Suite 130
Sterling, VA 20166-8511

```
Gwinett County, GA
75 Langley Dr., 2nd Floor West
Room 2W664
Lawrenceville, GA 30046


Gwinnett County Public Schools
437 Old Peachtree Rd.
Suwanee, GA 30024


HH Brown Work & Outdoor Group
P.O. Box 26802
New York, NY 10087-6802


Honeywell First Responder
7976 Collections Center Dr.
Chicago, IL 60693


Indiana Alarm
8727 Commerce Park Pl.
Suite 1
Indianapolis, IN 46268


Kroll International, LLC
P.O. Box 72529
Cleveland, OH 44192-0002


Loudoun Computer Help
Ryan Zmuda
P.O. Box 123
Leesburg, VA 20178


M&T Bank
P.O. Box 62146
Baltimore, MD 21264-2146


M&T Bank
Attn: Office of Gen. Counsel
One M&T Plaza
Buffalo, NY 14203


M&T Bank
1861 Wiehle Ave., Suite 100
Reston, VA 20190
```

```
MSA Safety Sales, LLC
Sierra Monitor
1991 Tarob Ct.
Milpitas, CA 95035


Pentagon Force Protection Agen
4800 Mark Center Dr.
Suite 09F09
Alexandria, VA 22350-3400


PNC Bank
M.S. P5-PCLC-01-M
2730 Liberty Ave.
Pittsburgh, PA 15222


S&S Activewear, LLC
Lockbox #821325
525 Fellowship Rd., Suite 330
Mount Laurel, NJ 08054-3415


Sanmar Corporation
P.O. Box 643693
Cincinnati, OH 45264-3693


Texas Dept of Criminal Justice
P.O. Box 4018
Huntsville, TX 77342-3435


Timberland
VF Outdoors, Inc.
32842 Collection Center Dr.
Chicago, IL 60693-0328


Trimark Corporation
Attn: Mabel C. Barrios
6231 Leesburg Pike, Suite 100
Falls Church, VA 22044-2102


U.S. Small Business Admin.
14925 Kingsport Rd.
Fort Worth, TX 76155


Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085
```

United Health Care
6101 Executive Blvd.
Suite 120
Rockville, MD 20852


US Army Corps of Engineers
4155 Clay St.
Vicksburg, MS 39183-3435


Vectren Energy
1335 E. Dayton Yellow Springs
Fairborn, OH 45324


Verizon
P.O. Box 15124
Albany, NY 12212-5124


VF Imagewear
Horace Small
545 Marriot Dr.
Nashville, TN 37214


Washington Gas
P.O. Box 13099
Reading, PA 19612


Weiwei Jian
20904 Butterwood Falls Ter.
Sterling, VA 20165


Yangzhou Putian Shoemaking
#1 Zhennan Rd. Linze
Gayou Jiangsu 225621 China PR
CHINA

# United States Bankruptcy Court
## Eastern District of Virginia

In re  Unimex Corporation

Debtor(s)

Case No.

Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Unimex Corporation  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 16, 2020

Date

/s/ Steven B. Ramsdell,

Steven B. Ramsdell, 33222

Signature of Attorney or Litigant

Counsel for  Unimex Corporation

Tyler, Bartl & Ramsdell, PLC
300 N. Washington St.
Suite 310
Alexandria, VA 22314
(703) 549-5000 Fax:(703) 549-5011