| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2019** |

For calendar year 2019 or tax year beginning _____, 2019, ending _____,

| | | |
|---|---|---|
| **A** S election effective date 1/01/2016 | **TYPE OR PRINT** Unimex Corporation 21351 Gentry Dr, Ste 130 Sterling, VA 20166 | **D** Employer identification number 26-4838552 |
| **B** Business activity code number (see instructions) 424990 | | **E** Date incorporated 5/01/2009 |
| **C** Check if Schedule M-3 attached ☐ | | **F** Total assets (see instructions) $ 1,807,165. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If 'Yes,' attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☒ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ► 1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| INCOME | | | |
|---|---|---|---|
| 1a Gross receipts or sales | 1a | 4,527,995. | |
| b Returns and allowances | 1b | | |
| c Balance. Subtract line 1b from line 1a | | 1c | 4,527,995. |
| 2 Cost of goods sold (attach Form 1125-A) | | 2 | 3,438,213. |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,089,782. |
| 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | 4 | |
| 5 Other income (loss) (see instrs – att statement) See Statement 1 | | 5 | 42,958. |
| 6 Total income (loss). Add lines 3 through 5 ► | | 6 | 1,132,740. |

| DEDUCTIONS (SEE INSTRS) | | |
|---|---|---|
| 7 Compensation of officers (see instructions - attach Form 1125-E) | 7 | 51,526. |
| 8 Salaries and wages (less employment credits) | 8 | 281,872. |
| 9 Repairs and maintenance | 9 | 15,145. |
| 10 Bad debts | 10 | 24,236. |
| 11 Rents | 11 | 245,480. |
| 12 Taxes and licenses | 12 | 2,957. |
| 13 Interest (see instructions) | 13 | 52,588. |
| 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 19,949. |
| 15 Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 Advertising | 16 | 119,293. |
| 17 Pension, profit-sharing, etc., plans | 17 | 3,857. |
| 18 Employee benefit programs | 18 | 19,734. |
| 19 Other deductions (attach statement) See Statement 2 | 19 | 195,121. |
| 20 Total deductions. Add lines 7 through 19 ► | 20 | 1,031,758. |
| 21 Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 100,982. |

| TAX AND PAYMENTS | | | |
|---|---|---|---|
| 22a Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b Tax from Schedule D (Form 1120-S) | 22b | | |
| c Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| 23a 2019 estimated tax payments and 2018 overpayment credited to 2019 | 23a | | |
| b Tax deposited with Form 7004 | 23b | | |
| c Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d Reserved for future use | 23d | | |
| e Add lines 23a through 23d | | 23e | |
| 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | 24 | |
| 25 Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | 25 | 0. |
| 26 Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 Enter amount from line 26: Credited to 2020 estimated tax ► _____ Refunded ► | | 27 | |

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title President

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name Mei T Wu | Preparer's signature Mei T Wu | Date | Check ☐ if self-employed | PTIN P00855966 |
|---|---|---|---|---|---|
| | Firm's name ► Mei T Wu, CPA | | | Firm's EIN ► 26-3616377 | |
| | Firm's address ► 5828 Hubbard Dr Rockville, MD 20852 | | | Phone no. 301-910-2330 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**   SPSA0112   12/30/19   Form 1120-S (2019)

Form 1120-S (2019) Unimex Corporation                                      26-4838552          Page **2**

## Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____ | | |
| **2** | See the instructions and enter the: | | |
|  | **a** Business activity ▶ Online&Wholesales _____   **b** Product or service... ▶Footwear_____ | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ...... | | X |
| **4** | At the end of the tax year, did the corporation: | | |
|  | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below................................................................................... | X | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| Bufferzone LLC | 47-4557149 | United States | 100.00% | |
| | | | | |
| | | | | |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock?........................ | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | (i) Total shares of restricted stock.................................................... ▶ _____ | | |
|  | (ii) Total shares of non-restricted stock.............................................. ▶ _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?...... | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | (i) Total shares of stock outstanding at the end of the tax year................................. ▶ _____ | | |
|  | (ii) Total shares of stock outstanding if all instruments were executed......................... ▶ _____ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction?............................................................... | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ ☐ | | |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ...................................................................... ▶ $ _____ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ..................................................... | | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions.................................... | | X |
|  | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
|  | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
|  | **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
|  | If "Yes," complete and attach Form 8990. | | |
| **11** | Does the corporation satisfy **both** of the following conditions?............................................ | | X |
|  | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
|  | **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

SPSA0112  10/03/19                                                          Form **1120-S** (2019)

Form 1120-S (2019)  Unimex Corporation                                    26-4838552                Page **3**

| | **Other Information**   (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?........................................................ | | | X |
| | If "Yes," enter the amount of principal reduction. ............................................ ▶$ _____ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?............................. | | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099?................................................. | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?................................... | | | X |
| | If "Yes," enter the amount from Form 8996, line 14. ........................................ ▶$ _____ | | | |

| | **Shareholders' Pro Rata Share Items** | | | **Total amount** |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary business income (loss) (page 1, line 21)................................................ | | **1** | 100,982. |
| | 2  Net rental real estate income (loss) (attach Form 8825)........................................ | | **2** | |
| | 3a  Other gross rental income (loss)............................... **3a** | | | |
| | b  Expenses from other rental activities (attach statement)............ **3b** | | | |
| | c  Other net rental income (loss). Subtract line 3b from line 3a..................................... | | **3c** | |
| | 4  Interest income................................................................................. | | **4** | |
| | 5  Dividends: a Ordinary dividends.................................... | | **5a** | |
| | b Qualified dividends................................. **5b** | | | |
| | 6  Royalties...................................................................................... | | **6** | |
| | 7  Net short-term capital gain (loss) (attach Schedule D (Form 1120-S))........................... | | **7** | |
| | 8a  Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)).......................... | | **8a** | |
| | b  Collectibles (28%) gain (loss)................................. **8b** | | | |
| | c  Unrecaptured section 1250 gain (attach statement)............ **8c** | | | |
| | 9  Net section 1231 gain (loss) (attach Form 4797)................................................ | | **9** | |
| | 10  Other income (loss) (see instructions)......... Type▶ | | **10** | |
| **Deductions** | 11  Section 179 deduction (attach Form 4562)...................................................... | | **11** | 34,994. |
| | 12a  Charitable contributions...................................... See Statement 3 | | **12a** | 27,037. |
| | b  Investment interest expense.................................................................. | | **12b** | |
| | c  Section 59(e)(2) expenditures (1) Type ▶ _____ (2) Amount ▶ | | **12c (2)** | |
| | d  Other deductions (see instructions).. Type ▶ | | **12d** | |
| **Credits** | 13a  Low-income housing credit (section 42(j)(5))................................................. | | **13a** | |
| | b  Low-income housing credit (other)........................................................... | | **13b** | |
| | c  Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)........ | | **13c** | |
| | d  Other rental real estate credits (see instrs)  Type ▶ | | **13d** | |
| | e  Other rental credits (see instrs)  Type ▶ _____ | | **13e** | |
| | f  Biofuel producer credit (attach Form 6478)................................................. | | **13f** | |
| | g  Other credits (see instructions)...... Type▶ | | **13g** | |
| **Foreign Trans-actions** | 14a  Name of country or U.S. possession          ▶ _____ | | | |
| | b  Gross income from all sources............................................................... | | **14b** | |
| | c  Gross income sourced at shareholder level.................................................. | | **14c** | |
| | | Foreign gross income sourced at corporate level | | | |
| | d  Reserved for future use.................................................................... | | **14d** | |
| | e  Foreign branch category................................................................... | | **14e** | |
| | f  Passive category......................................................................... | | **14f** | |
| | g  General category........................................................................ | | **14g** | |
| | h  Other (attach statement)................................................................. | | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | i  Interest expense........................................................................ | | **14i** | |
| | j  Other.................................................................................. | | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | k  Reserved for future use................................................................. | | **14k** | |
| | l  Foreign branch category................................................................. | | **14l** | |
| | m  Passive category....................................................................... | | **14m** | |
| | n  General category....................................................................... | | **14n** | |
| | o  Other (attach statement)............................................................... | | **14o** | |
| | | Other information | | | |
| | p  Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued............................ | | **14p** | |
| | q  Reduction in taxes available for credit (attach statement).................................. | | **14q** | |
| | r  Other foreign tax information (attach statement) | | | |

BAA                                    SPSA0134  10/03/19                        Form **1120-S** (2019)

Form 1120-S (2019) Unimex Corporation      26-4838552      Page **4**

## Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| Alterna-tive Mini-mum Tax (AMT) Items | **15a** Post-1986 depreciation adjustment | 15a | 2,003. |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties — gross income | 15d | |
| | **e** Oil, gas, and geothermal properties — deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| Items Affec-ting Share-holder Basis | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | 683. |
| | **d** Distributions (attach stmt if required) (see instrs) | 16d | |
| | **e** Repayment of loans from shareholders | 16e | |
| Other Infor-mation | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 38,951. |

### Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| **1** | Cash | | 48,591. | | 25,618. |
| **2a** | Trade notes and accounts receivable | | | 419,826. | |
| **b** | Less allowance for bad debts | | | | 419,826. |
| **3** | Inventories | | 1,058,419. | | 1,097,689. |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach stmt) .... See St. 4 | | 56,832. | | 50,880. |
| **7** | Loans to shareholders | | 93,696. | | 138,920. |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 191,284. | | 226,278. | |
| **b** | Less accumulated depreciation | 107,328. | 83,956. | 162,271. | 64,007. |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | | | | |
| **14** | Other assets (attach stmt) .... See St. 5 | | 2,382. | | 10,225. |
| **15** | Total assets | | 1,343,876. | | 1,807,165. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | 286,667. | | 813,115. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach stmt) ... See St. 6 | | 683,805. | | 657,501. |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 346,749. | | 271,626. |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | | | |
| **23** | Additional paid-in capital | | 300,000. | | 300,000. |
| **24** | Retained earnings | | 201,655. | | 239,923. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | |
| **26** | Less cost of treasury stock | | 475,000. | | 475,000. |
| **27** | Total liabilities and shareholders' equity | | 1,343,876. | | 1,807,165. |

SPSA0134  10/03/19      Form **1120-S** (2019)

Form 1120-S (2019) Unimex Corporation | 26-4838552 | Page **5**

## Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 38,268. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest. $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment. $ 643. | | | | |
| | See Statement 7 40. | 683. | 7 | Add lines 5 and 6 | 0. |
| 4 | Add lines 1 through 3 | 38,951. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 38,951. |

## Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -90,355. | | | |
| 2 | Ordinary income from page 1, line 21 | 100,982. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | | | | |
| 5 | Other reductions See Statement 8 | ( 62,714.) | | | |
| 6 | Combine lines 1 through 5 | -52,087. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -52,087. | | | |

SPSA0134 10/03/19 | Form **1120-S** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| Unimex Corporation | 26-4838552 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 1,058,419. |
| 2 | Purchases | 2 | 2,233,263. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) See Statement 9 | 5 | 1,244,220. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 4,535,902. |
| 7 | Inventory at end of year | 7 | 1,097,689. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 3,438,213. |

**9a** Check all methods used for valuing closing inventory:

(i) [X] Cost

(ii) [ ] Lower of cost or market

(iii) [ ] Other (Specify method used and attach explanation.) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**b** Check if there was a writedown of subnormal goods ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation. [ ] Yes [X] No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                          Form **1125-A** (Rev. 11-2018)

b71119

**Schedule K-1**
**(Form 1120-S)**

**2019**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year

beginning / /    ending / /

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

**A** Corporation's employer identification number
26-4838552

**B** Corporation's name, address, city, state, and ZIP code
Unimex Corporation
21351 Gentry Dr, Ste 130
Sterling, VA 20166

**C** IRS Center where corporation filed return
e-file

**D** Shareholder's identifying number
xxx-xx-5391

**E** Shareholder's name, address, city, state, and ZIP code
Weiwei Jian
2143 Red Vine Dr
Vienna, VA 22182

**F** Shareholder's percentage of stock
ownership for tax year.................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| # | Item | | |
|---|------|---|---|
| 1 | Ordinary business income (loss) 100,982. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 2,003. |
| 11 | Section 179 deduction 34,994. | 16 | Items affecting shareholder basis |
| | | C | 683. |
| 12 | Other deductions | | |
| | A 27,037. | | |
| | | 17 | Other information |
| | | V* | STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |
| | *See attached statement for additional information. | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.** www.irs.gov/Form1120S **Schedule K-1 (Form 1120-S) 2019**

Shareholder 1

SPSA0412 10/03/19

Schedule K-1 (Form 1120-S) 2019 Unimex Corporation                          26-4838552                          Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.



**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

**2  Net rental real estate income (loss)**   See the Shareholder's Instructions
**3  Other net rental income (loss)**
  Net income — Schedule E, line 28, column (h)
  Net loss — See the Shareholder's Instructions
**4  Interest income** — Form 1040 or 1040-SR, line 2b
**5 a Ordinary dividends** — Form 1040 or 1040-SR, line 3b
**5 b Qualified dividends** — Form 1040 or 1040-SR, line 3a
**6  Royalties** — Schedule E, line 4
**7  Net short-term capital gain (loss)** — Schedule D, line 5
**8 a Net long-term capital gain (loss)** — Schedule D, line 12
**8 b Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c Unrecaptured section 1250 gain** — See the Shareholder's Instructions
**9  Net section 1231 gain (loss)** — See the Shareholder's Instructions
**10  Other income (loss)**
  *Code*
  A  Other portfolio income (loss) — See the Shareholder's Instructions
  B  Involuntary conversions — See the Shareholder's Instructions
  C  Sec. 1256 contracts and straddles — Form 6781, line 1
  D  Mining exploration costs recapture — See Pub. 535
  E  Reserved for future use
  F  Section 965(a) inclusion
  G  Income under subpart F (other than inclusions under sections 951A and 965) — See the Shareholder's Instructions
  H  Other income (loss)
**11  Section 179 deduction** — See the Shareholder's Instructions
**12  Other deductions**
  A  Cash contributions (60%)
  B  Cash contributions (30%)
  C  Noncash contributions (50%)
  D  Noncash contributions (30%)
  E  Capital gain property to a 50% organization (30%) — See the Shareholder's Instructions
  F  Capital gain property (20%)
  G  Contributions (100%)
  H  Investment interest expense — Form 4952, line 1
  I  Deductions — royalty income — Schedule E, line 19
  J  Section 59(e)(2) expenditures — See the Shareholder's Instructions
  K  Section 965(c) deduction — See the Shareholder's Instructions
  L  Deductions — portfolio (other) — Schedule A, line 16
  M  Preproductive period expenses — See the Shareholder's Instructions
  N  Commercial revitalization deduction from rental real estate activities — See Form 8582 instructions
  O  Reforestation expense deduction — See the Shareholder's Instructions
  P  through R — Reserved for future use
  S  Other deductions — See the Shareholder's Instructions
**13  Credits**
  A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
  B  Low-income housing credit (other) from pre-2008 buildings
  C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings
  D  Low-income housing credit (other) from post-2007 buildings
  E  Qualified rehabilitation expenditures (rental real estate) — See the Shareholder's Instructions
  F  Other rental real estate credits
  G  Other rental credits
  H  Undistributed capital gains credit — Schedule 3 (Form 1040 or 1040-SR), line 13, box a
  I  Biofuel producer credit
  J  Work opportunity credit
  K  Disabled access credit — See the Shareholder's Instructions
  L  Empowerment zone employment credit
  M  Credit for increasing research activities

  N  Credit for employer social security and Medicare taxes
  O  Backup withholding — See the Shareholder's Instructions
  P  Other credits
**14  Foreign transactions**
  A  Name of country or U.S. possession
  B  Gross income from all sources — Form 1116, Part I
  C  Gross income sourced at shareholder level
  *Foreign gross income sourced at corporate level*
  D  Reserved for future use
  E  Foreign branch category
  F  Passive category — Form 1116, Part I
  G  General category
  H  Other
  *Deductions allocated and apportioned at shareholder level*
  I  Interest expense — Form 1116, Part I
  J  Other — Form 1116, Part I
  *Deductions allocated and apportioned at corporate level to foreign source income*
  K  Reserved for future use
  L  Foreign branch category
  M  Passive category — Form 1116, Part I
  N  General category
  O  Other
  *Other information*
  P  Total foreign taxes paid — Form 1116, Part II
  Q  Total foreign taxes accrued — Form 1116, Part II
  R  Reduction in taxes available for credit — Form 1116, line 12
  S  Foreign trading gross receipts — Form 8873
  T  Extraterritorial income exclusion — Form 8873
  U  Section 965 information — See the Shareholder's Instructions
  V  Other foreign transactions — See the Shareholder's Instructions
**15  Alternative minimum tax (AMT) items**
  A  Post-1986 depreciation adjustment
  B  Adjusted gain or loss
  C  Depletion (other than oil & gas) — See the Shareholder's Instructions and the Instructions for Form 6251
  D  Oil, gas, and geothermal — gross income
  E  Oil, gas, and geothermal — deductions
  F  Other AMT items
**16  Items affecting shareholder basis**
  A  Tax-exempt interest income — Form 1040 or 1040-SR, line 2a
  B  Other tax-exempt income
  C  Nondeductible expenses — See the Shareholder's Instructions
  D  Distributions
  E  Repayment of loans from shareholders
**17  Other information**
  A  Investment income — Form 4952, line 4a
  B  Investment expenses — Form 4952, line 5
  C  Qualified rehabilitation expenditures (other than rental real estate) — See the Shareholder's Instructions
  D  Basis of energy property — See the Shareholder's Instructions
  E  Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
  F  Recapture of low-income housing credit (other) — Form 8611, line 8
  G  Recapture of investment credit — See Form 4255
  H  Recapture of other credits — See the Shareholder's Instructions
  I  Look-back interest — completed long-term contracts — See Form 8697
  J  Look-back interest — income forecast method — See Form 8866
  K  Dispositions of property with section 179 deductions
  L  Recapture of section 179 deduction — See the Shareholder's Instructions
  M  through U
  V  Section 199A information
  W  through Z — Reserved for future use
  AA  Excess taxable income
  AB  Excess business interest income — See the Shareholder's Instructions
  AC  Other information

Shareholder 1 : Weiwei Jian  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

SPSA0412  10/03/19

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)**

| Pass-through entity's name:  Unimex Corporation | | Pass-through entity's EIN:  26-4838552 |
|---|---|---|
| Shareholder's name: Weiwei Jian | | Shareholder's identifying number: ▓▓▓▓-5391 |

| | Unimex Corporation | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| Shareholder's share of: | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | 100,982. | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . | 34,994. | | |
| Charitable contributions Att.. | 27,037. | | |
| Other deductions . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 333,398. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | 226,278. | | |
| **Section 199A dividends** | | | |

| | | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| Shareholder's share of: | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . | | | |
| Charitable contributions . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | | |

Shareholder 1
**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**    SPSA1515  01/21/20    **Statement A (Form 1120-S) (2019)**

| 2019 | QBI Statement Information | Page 1 |
|------|---------------------------|--------|
| | **Unimex Corporation** | 26-4838552 |

**QBI Statement A**
**Charitable Contributions**

```
Business Name or Address:......  Unimex Corporation
Cash Contributions (60%)..............................................................          27,037.
                                                              Total $       27,037.
```

Form **1125-E**

(Rev October 2016)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Unimex Corporation | 26-4838552 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | Weiwei Jian | ██████-5391 | 100 % | 100 % | % | 51,526. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers ........................................................ | 51,526. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return ........................... | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return. ........................... | 51,526. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**                    Form **1125-E** (Rev 10-2016)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 **2019** Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service   (99)

| Name(s) shown on return | Identifying number |
|---|---|
| Unimex Corporation | 26-4838552 |

Business or activity to which this form relates

Form 1120S

### Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 34,994. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,020,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | 7-Year  Furniture | 11,526. | 11,526. |
| | 39-Year  Leasehold Improvement | 23,468. | 23,468. |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | 0. |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 34,994. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 34,994. |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs. | **11** | 152,508. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 34,994. |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | **13** | 0. |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | 19,949. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B — Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 30-year | | | 30 yrs | MM | S/L | |
| d 40-year | | | 40 yrs | MM | S/L | |

### Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 19,949. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**          FDIZ0812L 08/05/19          Form **4562** (2019)

Form 4562 (2019)   Unimex Corporation                                    26-4838552              Page **2**

**Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

**24a** Do you have evidence to support the business/investment use claimed?......... ☒ Yes ☐ No **24b** If 'Yes,' is the evidence written?...... ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| Audi A4 | 12/31/13 | 100.0 | 21,779. | 21,779. | 5.0 | 200DB HY | | |
| | | | | | | | | |
| | | | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | 0. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | 0. |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.

**Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2019 tax year | | | **43** | | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | **44** | | |

FDIZ0812L 08/05/19                                                      Form **4562** (2019)

| 2019 | Federal Statements | Page 1 |
|---|---|---|
| | Unimex Corporation | 26-4838552 |

**Statement 1**
**Form 1120S, Line 5**
**Other Income**

| | | |
|---|---|---|
| Rental Income | $ | 18,958. |
| Management fee | | 24,000. |
| Total | $ | 42,958. |

**Statement 2**
**Form 1120S, Line 19**
**Other Deductions**

| | | |
|---|---|---|
| Bank Charges | $ | 3,285. |
| Bid Expenses | | 10,900. |
| Drop-Ship | | 5. |
| Government Filling Fee | | 980. |
| Insurance | | 4,241. |
| Legal and Professional | | 11,939. |
| Meals | | 643. |
| Miscellaneous | | 278. |
| Office Expense | | 5,702. |
| Other Payroll Expenses | | 17,812. |
| Payroll Benefits | | 29,743. |
| Product R&D | | 19,000. |
| Supplies | | 23,498. |
| Telephone | | 1,562. |
| Travel | | 17,194. |
| Utilities | | 48,339. |
| Total | $ | 195,121. |

**Statement 3**
**Form 1120S, Schedule K, Line 12a**
**Charitable Contributions**

| | | |
|---|---|---|
| Cash Contributions - 60% Limitation | $ | 27,037. |
| Total | $ | 27,037. |

**Statement 4**
**Form 1120S, Schedule L, Line 6**
**Other Current Assets**

| | Beginning | Ending |
|---|---|---|
| Due from affiliate | $ 0. | $ 24,000. |
| Employee advance | 730. | 73. |
| Funds held by Amazon | 40,800. | 20,083. |
| Prepaid Expenses | 15,302. | 6,724. |
| Total | $ 56,832. | $ 50,880. |

| 2019 | Federal Statements | Page 2 |
|------|--------------------|--------|

| Unimex Corporation | 26-4838552 |
|--------------------|------------|

**Statement 5**
**Form 1120S, Schedule L, Line 14**
**Other Assets**

|  | Beginning | Ending |
|--|-----------|--------|
| Security deposit | $      2,382. | $     10,225. |
| Total | $      2,382. | $     10,225. |

**Statement 6**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

|  | Beginning | Ending |
|--|-----------|--------|
| Amazon Lending | $         0. | $    -1,086. |
| Credit card payable | 69,493. | 28,600. |
| Customer Deposits | 100. | 5,417. |
| LOC | 614,212. | 625,583. |
| Payroll Liability | 0. | -1,142. |
| Tax Payable | 0. | 129. |
| Total | $    683,805. | $    657,501. |

**Statement 7**
**Form 1120S, Schedule M-1, Line 3**
**Expenses On Books Not On Schedule K**

|  |  |
|--|--|
| Penalties | $        40. |
| Total | $        40. |

**Statement 8**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

|  |  |
|--|--|
| Contributions | $     27,037. |
| Disallowed Meals and Entertainment | 643. |
| Penalties | 40. |
| Section 179 Expense | 34,994. |
| Total | $     62,714. |

**Statement 9**
**Form 1125-A, Line 5**
**Other Costs**

|  |  |
|--|--|
| Amazon and other vendor processing fee | $    811,995. |
| Freight & Delivery | 284,783. |
| Other Cost-Labor | 88,176. |
| Tax and Duties | 59,266. |
| Total | $  1,244,220. |