| Information to identify the case: | | |
|---|---|---|
| Debtor | **Unimex Corporation**<br>Name | EIN  **26–4838552** |
| United States Bankruptcy Court  **Eastern District of Virginia**<br>Case number:  **20–12535–BFK** | | Date case filed for chapter  **11   November 16, 2020** |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case                                       02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Unimex Corporation | |
| 2. | **All other names used in the last 8 years** | dba Maelstrom Tactical, dba Maelstrom Footwear, dba Buffer Zone | |
| 3. | **Address** | 21351 Gentry Dr., Suite 130<br>Sterling, VA 20166–8511 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven B. Ramsdell<br>Tyler, Bartl & Ramsdell, P.L.C.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314 | Contact phone  (703) 549–5000<br><br>Email:  sramsdell@tbrclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jolene E. Wee<br>JW Infinity Consulting, LLC<br>447 Broadway 2nd Floor, #502<br>New York, NY 10013 | Contact phone  (646) 204–0033<br><br>Email:  jwee@jw–infinity.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at<br>https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | **Location of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **Clerk of the Bankruptcy Court:**<br>William C. Redden<br><br>**Court Information:**<br>Hours open:<br>9:00 a.m. to 4:00 p.m. Monday thru Friday<br><br>Contact phone  703–258–1200<br><br>Date: 11/18/20 |

**For more information, see page 2 >**

| Debtor | **Unimex Corporation** | | Case number | **20−12535−BFK** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **December 17, 2020 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **For telephonic 341 creditors meeting, dial−in contact information 877−465−7076, Access Code: 7191296. For updates see, www.vaeb.uscourts.gov** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | | **For all creditors (except a governmental unit):** | 1/25/21 |
| | | **For a governmental unit:** | 5/17/21 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** | **Filing deadline for dischargeability complaints: February 16, 2021** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 13. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules, statements, and plan, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1, and Interim Procedure 3016−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1. | |
| 14. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card. | |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:  
Unimex Corporation  
dba Maelstrom Tactical, dba Maelstrom Footwear, dba Buffer Zone

Social Security/Taxpayer ID Nos.:

26−4838552

       Debtor(s)

Case Number:  20−12535−BFK  
Chapter  11

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is January 25, 2021 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until May 17, 2021, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated:  November 18, 2020  
Proof of Claim page for Chapter 11

**FOR THE COURT:**  
William C. Redden  
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| In re: | Case No. 20-12535-BFK |
|---|---|
| Unimex Corporation | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: palaciosl | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 309F2 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Unimex Corporation, 21351 Gentry Dr., Suite 130, Sterling, VA 20166-8511 |
| aty | + | Jack Frankel, Office of the U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| tr | | Jolene E. Wee, JW Infinity Consulting, LLC, 447 Broadway 2nd Floor, #502, New York, NY 10013 |
| ust | + | John P. Fitzgerald, III, Office of the U.S. Trustee - Region 4, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 15516781 | | 5.11 Tactical, Inc., 62789 Collection Center Dr., Chicago, IL 60693-0627 |
| 15516783 | | American Consulate, GieBener Str. 30, Frankfurt, Germany 60435, GERMANY |
| 15516785 | | Atlanco-Tru-Spec, P.O. Box 746267, Atlanta, GA 30374-6267 |
| 15516786 | | Badger Sport, P.O. Box 1036, Charlotte, NC 28201-1036 |
| 15516788 | + | Belleville Boot Company, P.O. Box 205157, Dallas, TX 75320-5157 |
| 15516789 | + | Bill Page Plaza, LLC, 6715 Arlington Blvd., Falls Church, VA 22042-2728 |
| 15516790 | | Blue Generation, The CIT Group, P.O. Box 1036, Charlotte, NC 28201-1036 |
| 15516791 | | Bureau of Engraving and Print, 301 14th St., SW, Washington, DC 20228-0001 |
| 15516793 | + | City Ocean International Inc., 1350 Valley Vista Dr., Diamond Bar, CA 91765-3910 |
| 15516794 | | Cobmex Apparel, Inc., 19 Denison St., Markham, Ontario L3R 1B5, CANADA |
| 15516796 | + | Core Business Solutions, Inc., 208 S. 4th St., Suite 7, P.O. Box 631, Lewisburg, PA 17837-0631 |
| 15516797 | + | County of Henrico, VA, School Nutrition Services, 3751A Nine Mile Rd., Henrico, VA 23223-4830 |
| 15516800 | #+ | DHL Express USA, Inc., 16416 Northchase Dr., Houston, TX 77060-3309 |
| 15516801 | + | DLA Aviation, NASC Commodities Division, 8000 Jefferson Davis Hwy., Richmond, VA 23297-5002 |
| 15516802 | | DLA Land and Maritime, LSO Combat Vehicles & Armament, P.O. Box 3990, Columbus, OH 43218-3990 |
| 15516803 | | DLA Land and Maritime, Land Supply Chain Esoc Buys, P.O. Box 3990, Columbus, OH 43218-3990 |
| 15516804 | | DLA Troop Support, C & T Supply Chain, 700 Robbins Ave., Philadelphia, PA 19111-5096 |
| 15516805 | | DLA Troop Support, Construction & Equipment, 700 Robbins Ave., Philadelphia, PA 19111-5096 |
| 15516798 | + | Danville Municipal Utilities, 49 N. Wayne St., Suite 110, Danville, IN 46122-1322 |
| 15516799 | + | David C. Spellman, Esq., Buchalter PC, 1420 Fifth Ave., Suite 3100, Seattle, WA 98101-1337 |
| 15516809 | + | Falcon Path, L.L.C., 7837 Martin Way, Suite B103, Olympia, WA 98516-5731 |
| 15516810 | + | First Tactical, LLC, 4300 Spyres Way, Modesto, CA 95356-9259 |
| 15516811 | | Gold Creek Properties, LLC, 21351 Gentry Dr., Suite 130, Sterling, VA 20166-8511 |
| 15516813 | + | Gwinnett County Public Schools, 437 Old Peachtree Rd., Suwanee, GA 30024-2978 |
| 15516814 | | HH Brown Work & Outdoor Group, P.O. Box 26802, New York, NY 10087-6802 |
| 15516815 | + | Honeywell First Responder, 7976 Collections Center Dr., Chicago, IL 60693-0079 |
| 15516816 | + | Indiana Alarm, 8727 Commerce Park Pl., Suite 1, Indianapolis, IN 46268-3132 |
| 15516817 | | Kroll International, LLC, P.O. Box 72529, Cleveland, OH 44192-0002 |
| 15516818 | + | Loudoun Computer Help, Ryan Zmuda, P.O. Box 123, Leesburg, VA 20178-0123 |
| 15516820 | | M&T Bank, Attn: Office of Gen. Counsel, One M&T Plaza, Buffalo, NY 14203-0000 |
| 15516822 | + | MSA Safety Sales, LLC, Sierra Monitor, 1991 Tarob Ct., Milpitas, CA 95035-6840 |
| 15516824 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, M.S. P5-PCLC-01-M, 2730 Liberty Ave., Pittsburgh, PA 15222-0000 |
| 15516823 | | Pentagon Force Protection Agen, 4800 Mark Center Dr., Suite 09F09, Alexandria, VA 22350-3400 |
| 15516825 | | S&S Activewear, LLC, Lockbox #821325, 525 Fellowship Rd., Suite 330, Mount Laurel, NJ 08054-3415 |
| 15516826 | ++ | SANMAR CORP, 22833 SE BLACK NUGGET RD, STE 130, ISSAQUAH WA 98029-3621 address filed with court:, Sanmar Corporation, P.O. Box 643693, Cincinnati, OH 45264-3693 |
| 15516827 | + | Texas Dept of Criminal Justice, P.O. Box 4018, Huntsville, TX 77342-4018 |
| 15516828 | | Timberland, VF Outdoors, Inc., 32842 Collection Center Dr., Chicago, IL 60693-0328 |
| 15516829 | + | Trimark Corporation, Attn: Mabel C. Barrios, 6231 Leesburg Pike, Suite 100, Falls Church, VA 22044-2100 |

Case 20-12535-BFK  Doc 17  Filed 11/20/20  Entered 11/21/20 00:16:49  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0422-9 | User: palaciosl | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 309F2 | Total Noticed: 66 |

| | | |
|---|---|---|
| 15516830 | + | U.S. Small Business Admin., 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 15516833 | | US Army Corps of Engineers, 4155 Clay St., Vicksburg, MS 39183-3435 |
| 15516832 | + | United Health Care, 6101 Executive Blvd., Suite 120, Rockville, MD 20852-3907 |
| 15516836 | + | VF Imagewear, Horace Small, 545 Marriot Dr., Nashville, TN 37214-5077 |
| 15516834 | + | Vectren Energy, 1335 E. Dayton Yellow Springs, Fairborn, OH 45324-6349 |
| 15516837 | + | Washington Gas, P.O. Box 13099, Reading, PA 19612-3099 |
| 15516838 | + | Weiwei Jian, 20904 Butterwood Falls Ter., Sterling, VA 20165-2401 |
| 15516839 | | Yangzhou Putian Shoemaking, #1 Zhennan Rd. Linze, Gayou Jiangsu 225621 China PR, CHINA |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: sramsdell@tbrclaw.com | Nov 19 2020 02:52:00 | Steven B. Ramsdell, Tyler, Bartl & Ramsdell, P.L.C., 300 N. Washington St., Suite 310, Alexandria, VA 22314 |
| 15516782 | + Email/Text: amscbankruptcy@adt.com | Nov 19 2020 02:54:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 15516784 | Email/Text: g17768@att.com | Nov 19 2020 02:53:00 | AT&T, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 15516787 | Email/Text: bankruptcy@bbandt.com | Nov 19 2020 02:53:00 | BB&T, P.O. Box 580050, Charlotte, NC 28258-0050 |
| 15516792 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 19 2020 03:00:42 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15516795 | Email/Text: documentfiling@lciinc.com | Nov 19 2020 02:53:00 | Comcast, P.O. Box 3005, Southeastern, PA 19398-3005 |
| 15516806 | Email/Text: DEbankruptcy@domenergy.com | Nov 19 2020 02:53:00 | Dominion Energy, P.O. Box 26543, Richmond, VA 23290-0001 |
| 15516807 | Email/Text: jshort@echo.com | Nov 19 2020 02:53:00 | Echo Global Logistics, 22168 Network Pl., Chicago, IL 60673-1221 |
| 15516808 | + Email/Text: mlurio@luriolaw.com | Nov 19 2020 02:54:00 | Elbeco, Inc., P.O. Box 13099, Reading, PA 19612-3099 |
| 15516812 | + Email/Text: tceb@gwinnettcounty.com | Nov 19 2020 02:53:00 | Gwinett County, GA, 75 Langley Dr., 2nd Floor West, Room 2W664, Lawrenceville, GA 30046-6936 |
| 15517140 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 19 2020 02:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15516821 | Email/Text: camanagement@mtb.com | Nov 19 2020 02:53:00 | M&T Bank, 1861 Wiehle Ave., Suite 100, Reston, VA 20190-0000 |
| 15516819 | Email/Text: camanagement@mtb.com | Nov 19 2020 02:53:00 | M&T Bank, P.O. Box 62146, Baltimore, MD 21264-2146 |
| 15516824 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 19 2020 02:53:00 | PNC Bank, M.S. P5-PCLC-01-M, 2730 Liberty Ave., Pittsburgh, PA 15222-0000 |
| 15517141 | Email/Text: atlreorg@sec.gov | Nov 19 2020 02:53:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |
| 15516831 | + Email/Text: accounts.receivable@uline.com | Nov 19 2020 02:54:00 | Uline, 2200 S. Lakeside Dr., Waukegan, IL 60085-8311 |
| 15516835 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 19 2020 02:53:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**  **Email Address**

Jack Frankel
on behalf of U.S. Trustee John P. Fitzgerald III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov

John P. Fitzgerald, III
ustpregion04.ax.ecf@usdoj.gov

Jolene E. Wee
jwee@jw-infinity.com

Steven B. Ramsdell
on behalf of Debtor Unimex Corporation sramsdell@tbrclaw.com asemerjian@tbrclaw.com

TOTAL: 4