**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| **UNIMEX CORPORATION,** | ) Case #20-12535-BFK |
| | ) Chapter 11 (Subchapter V) |
| Debtor. | ) |
| | ) |

## NOTICE OF SUBSTANTIAL CONSUMMATION

The Debtor Unimex Corporation (the "Debtor"), by counsel, hereby provides notice, under 11 U.S.C. § 1183(c)(2), to all creditors and parties in interest in this case that:

1. Its Amended Plan Of Reorganization For Small Business Under Chapter 11 (the "Plan") was confirmed by this Court on April 5, 2021 pursuant to the Court's Order Confirming Plan (the "Confirmation Order"), and the Confirmation Order has become final. The Plan's effective date was April 20, 2021.

2. The Debtor has effectuated substantial consummation of the Plan, in that (a) other than the distribution of money, the Plan did not propose the transfer of any property, except that the Confirmation Order vested in a Plan Trustee all of the estate's rights to pursue avoidance actions under Chapter 5 of the Bankruptcy Code; (b) the Debtor has assumed its business and the management of all property dealt with by the Plan; and (c) the Debtor has commenced distributions under the Plan as set forth below in the Final Report. See 11 U.S.C. § 1101(2).

UNIMEX CORPORATION
By counsel

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314
(703) 549-5003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was mailed first-class, postage prepaid, on this 9th day of August, 2021, to all creditors and parties in interest in this case, all of whom are set forth on the list attached to the original of this Notice that has been filed with the Court.

/s/Steven B. Ramsdell
Steven B. Ramsdell

5.11 Tactical, Inc.
3201 North Airport Way
Manteca, CA 95336

American Consulate
GieBener Str. 30
Frankfurt, Germany 60435
GERMANY

Badger Sport
P.O. Box 1036
Charlotte, NC 28201-1036

BB&T
P.O. Box 580050
Charlotte, NC 28258-0050

Belleville Boot Company
P.O. Box 205157
Dallas, TX 75320

Bureau of Engraving and Print
301 14th St., SW
Washington, DC 20228-0001

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Euler Hermes North America
Insurance Company
800 Red Brook Blvd.
Owings Mills, MD 21117

Mark A. Merson, Esq.
c/o Ruback & Merson P.C.
462 Seventh Ave., 12th Fl.
New York, NY 10018

County of Henrico, VA
School Nutrition Services
3751A Nine Mile Rd.
Henrico, VA 23223

David C. Spellman, Esq.
Buchalter PC
1420 Fifth Ave., Suite 3100
Seattle, WA 98101

DHL Express USA, Inc.
16416 Northchase Dr.
Houston, TX 77060

DLA Aviation
NASC Commodities Division
8000 Jefferson Davis Hwy.
Richmond, VA 23297

DLA Land and Maritime
LSO Combat Vehicles & Armament
P.O. Box 3990
Columbus, OH 43218-3990

DLA Land and Maritime
Land Supply Chain Esoc Buys
P.O. Box 3990
Columbus, OH 43218-3990

DLA Troop Support
C & T Supply Chain
700 Robbins Ave.
Philadelphia, PA 19111-5096

DLA Troop Support
Construction & Equipment
700 Robbins Ave.
Philadelphia, PA 19111-5096

Echo Global Logistics
Attn: Jeff Short
600 W. Chicago Ave., Suite 725
Chicago, IL 60654

Falcon Path, L.L.C.
Attn: Hagop Ouzounian
7837 Martin Way E, B103
Olympia, WA 98516

First Tactical, LLC
4300 Spyres Way
Modesto, CA 95356

Gold Creek Properties, LLC
21351 Gentry Dr., Suite 130
Sterling, VA 20166-8511

Gwinett County, GA
75 Langley Dr., 2nd Floor West
Room 2W664
Lawrenceville, GA 30046

Gwinnett County Public Schools
437 Old Peachtree Rd.
Suwanee, GA 30024

Kroll International, LLC
P.O. Box 72529
Cleveland, OH 44192-0002

M&T Bank
P.O. Box 1508
Buffalo, NY 14240

MSA Safety Sales, LLC
Sierra Monitor
1991 Tarob Ct.
Milpitas, CA 95035

Pentagon Force Protection Agen
4800 Mark Center Dr.
Suite 09F09
Alexandria, VA 22350-3400

PNC Bank
M.S. P5-PCLC-01-M
2730 Liberty Ave.
Pittsburgh, PA 15222

Texas Dept of Criminal Justice
P.O. Box 4018
Huntsville, TX 77342-3435

Timberland
VF Outdoors, Inc.
32842 Collection Center Dr.
Chicago, IL 60693-0328

Trimark Corporation
Attn: Mabel C. Barrios
6231 Leesburg Pike, Suite 100
Falls Church, VA 22044-2102

US Army Corps of Engineers
4155 Clay St.
Vicksburg, MS 39183-3435

Jack I. Frankel, Esq.
Office of the U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314

Steven F. Jackson, Esq.
Assistant County Attorney
One Harrison St., SE, 5th Fl.
P.O. Box 7000
Leesburg, VA 20177-7000

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Export Corporation
6060 Whitmore Lake Rd.
Brighton, MI 48116

Propper International Sales
P.O. Box 952395
Saint Louis, MO 63195-2395

Under Armour
1020 Hull St.
Baltimore, MD 21230

Cobmex Apparel Ltd.
c/o Coface North American Ins. Co.
650 College Rd. East, Suite 2005
Princeton, NJ 08540

U.S. Small Business Admin.
14925 Kingsport Rd.
Fort Worth, TX 76155

Unimex Corporation
Attn: Weiwei Jian, President
21351 Gentry Dr., Suite 130
Sterling, VA 20166-8511

Jolene Wee, Trustee
JW Infinity Consulting, LLC
447 Broadway Street, 2nd FL #502
New York, NY 10013

Robert K. Coulter, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314

Berne Apparel Company
2501 E. 850 N.
P.O. Box 530
Ossian, IN 46777

Heights Tower Service, Inc.
16404 Village Pkwy.
Fredericktown, OH 43019

Reeves Company, Inc.
P.O. Box 509
Attleboro, MA 02703

Wolverine World Wide, Inc.
25759 Network Pl.
Chicago, IL 60673-1257

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158

Yangzhou Putian Shoemaking
#1 Zhennan Rd. Linze
Gayou Jiangsu 225621 China PR
CHINA

John D. Sadler, Esq.
Ballard Spahr, LLP
1909 K Street NW, 12th Fl.
Washington, DC 20006

Bradley J. Swallow, Esq.
Funk & Bolton, P.A.
100 Light St., Suite 1400
Baltimore, MD 21202

Crown Lift Trucks
2495 E. Perry Rd.
Plainfield, IN 46168

Howard Uniform
1915 Annapolis Rd.
Baltimore, MD 21230

White Oak Commercial Finance
225 NE Mizner Blvd., Suite 301
Boca Raton, FL 33432

The CIT Group/Commercial Services
134 Wooding Ave.
Danville, VA 24541