| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 20-12535-BFK<br>Eastern District of Virginia<br>Alexandria<br>Fri Mar 29 09:57:20 EDT 2024 | Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 | County of Loudoun<br>1 Harrison Street, SE (MSC #06)<br>Leesburg, VA 20175-3102 |
| Manufacturers and Traders Trust Company, a/k<br>c/o Bradley J. Swallow, Esquire<br>Funk & Bolton, P.A.<br>100 Light Street, Suite 1400<br>Baltimore, MD 21202-1188 | Morning Pride Manufacturing, LLC<br>2211 YORK ROAD<br>SUITE 215<br>Oak Brook, IL 60523-4019 | Truist Bank, formerly known as Branch Bankin<br>c/o John D. Sadler<br>Ballard Spahr LLP<br>1909 K Street NW, 12th Floor<br>Washington, DC 20006-1152 |
| Unimex Corporation<br>21351 Gentry Dr., Suite 130<br>Sterling, VA 20166-8511 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | 5.11 Tactical, Inc.<br>62789 Collection Center Dr.<br>Chicago, IL 60693-0627 |
| ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO 80014-3541 | AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | American Consulate<br>GieBener Str. 30<br>Frankfurt, Germany 60435<br>GERMANY |
| Atlanco-Tru-Spec<br>P.O. Box 746267<br>Atlanta, GA 30374-6267 | BB&T<br>P.O. Box 580050<br>Charlotte, NC 28258-0050 | Badger Sport<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 |
| Belleville Boot Company<br>P.O. Box 205157<br>Dallas, TX 75320-5157 | Berne Apparel Company<br>2501 E. 850 N.<br>P.O. Box 530<br>Ossian, IN 46777-0530 | Bill Page Plaza, LLC<br>6718 Whittier Ave. 200<br>McLean, VA 22101-4531 |
| Blue Generation<br>The CIT Group<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | Bureau of Engraving and Print<br>301 14th St., SW<br>Washington, DC 20228-0001 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City Ocean International Inc.<br>1350 Valley Vista Dr.<br>Diamond Bar, CA 91765-3910 | Cobmex Apparel Ltd.<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 |
| Cobmex Apparel Ltd.<br>Mark A. Merson<br>c/o Ruback & Merson P.C.<br>462 Seventh Avenue, 12th Floor<br>New York, NY 10018-7433 | Cobmex Apparel, Inc.<br>19 Denison St.<br>Markham, Ontario L3R 1B5<br>CANADA | Comcast<br>P.O. Box 3005<br>Southeastern, PA 19398-3005 |
| Core Business Solutions, Inc.<br>208 S. 4th St., Suite 7<br>P.O. Box 631<br>Lewisburg, PA 17837-0631 | County of Henrico, VA<br>School Nutrition Services<br>3751A Nine Mile Rd.<br>Henrico, VA 23223-4830 | Crown Lift Trucks<br>2495 E. Perry Rd.<br>Plainfield, IN 46168-7620 |

| | | |
|---|---|---|
| DHL Express USA, Inc.<br>16416 Northchase Dr.<br>Houston, TX 77060-3309 | DLA Aviation<br>NASC Commodities Division<br>8000 Jefferson Davis Hwy.<br>Richmond, VA 23297-5002 | DLA Land and Maritime<br>LSO Combat Vehicles & Armament<br>P.O. Box 3990<br>Columbus, OH 43218-3990 |
| DLA Land and Maritime<br>Land Supply Chain Esoc Buys<br>P.O. Box 3990<br>Columbus, OH 43218-3990 | DLA Troop Support<br>C & T Supply Chain<br>700 Robbins Ave.<br>Philadelphia, PA 19111-5096 | DLA Troop Support<br>Construction & Equipment<br>700 Robbins Ave.<br>Philadelphia, PA 19111-5096 |
| Danville Municipal Utilities<br>49 N. Wayne St., Suite 110<br>Danville, IN 46122-1322 | David C. Spellman, Esq.<br>Buchalter PC<br>1420 Fifth Ave., Suite 3100<br>Seattle, WA 98101-1337 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 |
| Echo Global Logistics<br>22168 Network Pl.<br>Chicago, IL 60673-1221 | Echo Global Logistics<br>Attn: Jeff Short<br>600 W. Chicago Ave, Ste 725<br>Chicago, IL 60654-2522 | Elbeco, Inc.<br>P.O. Box 13099<br>Reading, PA 19612-3099 |
| Euler Hermes N.A. Insurance Company<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5173 | Export Corporation<br>6060 Whitmore Lake Rd.<br>Brighton, MI 48116-1941 | Falcon Path, L.L.C.<br>7837 Martin Way E Suite B103<br>Olympia, WA 98516-5731 |
| First Tactical, LLC<br>4300 Spyres Way<br>Modesto, CA 95356-9259 | Gold Creek Properties, LLC<br>21351 Gentry Dr., Suite 130<br>Sterling, VA 20166-8511 | Gwinett County, GA<br>75 Langley Dr., 2nd Floor West<br>Room 2W664<br>Lawrenceville, GA 30046-6936 |
| (p)GWINNETT COUNTY PUBLIC SCHOOLS<br>ATTN PAYROLL SERVICES<br>437 OLD PEACHTREE ROAD NW<br>SUWANEE GA 30024-2978 | HH Brown Work & Outdoor Group<br>P.O. Box 26802<br>New York, NY 10087-6802 | Heights Tower Service, Inc.<br>16404 Village Pkwy.<br>Fredericktown, OH 43019-9585 |
| Honeywell First Responder<br>7976 Collections Center Dr.<br>Chicago, IL 60693-0079 | Howard Uniform<br>1915 Annapolis Rd.<br>Baltimore, MD 21230-3154 | Indiana Alarm<br>8727 Commerce Park Pl.<br>Suite 1<br>Indianapolis, IN 46268-3168 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jolene Wee, Plan Trustee<br>c/o David I. Swan<br>1676 International Drive, Suite 1350<br>Tysons, VA 22102-4940 | Jolene Wee. Plan Trustee<br>c/o David I. Swan<br>Hirschler Fleischer, PC<br>1676 International Drive, Suite 1350<br>Tysons, VA 22102-4940 |
| Kroll International, LLC<br>P.O. Box 72529<br>Cleveland, OH 44192-0002 | Loudoun Computer Help<br>Ryan Zmuda<br>P.O. Box 123<br>Leesburg, VA 20178-0123 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |

| | | |
|---|---|---|
| M&T Bank<br>Attn: Office of Gen. Counsel<br>One M&T Plaza<br>Buffalo, NY 14203-0000 | M&T Bank<br>P.O. Box 1508<br>Buffalo, NY 14240-1508 | MSA Safety Sales, LLC<br>Sierra Monitor<br>1991 Tarob Ct.<br>Milpitas, CA 95035-7114 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pentagon Force Protection Agen<br>4800 Mark Center Dr.<br>Suite 09F09<br>Alexandria, VA 22350-3400 | Propper International Sales<br>P.O. Box 952395<br>Saint Louis, MO 63195-2395 |
| Reeves Co.<br>51 Newcomb St.<br>P.O. Box 509<br>Attleboro, MA 02703-0009 | Reeves Company, Inc.<br>P. O. Box 509<br>Attleboro, MA 02703-0009 | S&S Activewear, LLC<br>Lockbox #821325<br>525 Fellowship Rd., Suite 330<br>Mount Laurel, NJ 08054-3415 |
| (p)SANMAR CORP<br>22833 SE BLACK NUGGET RD<br>STE 130<br>ISSAQUAH WA 98029-3621 | Spiewak<br>P.O. Box 100895<br>Atlanta, GA 30384-4174 | Texas Dept of Criminal Justice<br>P.O. Box 4018<br>Huntsville, TX 77342-4018 |
| The CIT Group/Commercial Services, Inc.<br>134 Wooding Ave.<br>Danville, VA 24541-3763 | Timberland<br>VF Outdoors, Inc.<br>32842 Collection Center Dr.<br>Chicago, IL 60693-0328 | Trimark Corporation<br>Attn: Mabel C. Barrios<br>6231 Leesburg Pike, Suite 100<br>Falls Church, VA 22044-2100 |
| Truist Bank<br>c/o John D. Sadler, Esquire<br>Ballard Spahr LLP<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006-1152 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | U.S. Small Business Admin.<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155-2243 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Suite 740<br>Santa Ana, CA 92701-7534 | US Army Corps of Engineers<br>4155 Clay St.<br>Vicksburg, MS 39183-3435 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085-8311 | (p)UNDER ARMOUR  INC<br>1020 HULL STREET<br>BALTIMORE MD 21230-5356 | United Health Care<br>6101 Executive Blvd.<br>Suite 120<br>Rockville, MD 20852-3907 |
| VF Imagewear<br>Horace Small<br>545 Marriot Dr.<br>Nashville, TN 37214-5011 | Vectren Energy<br>1335 E. Dayton Yellow Springs<br>Fairborn, OH 45324-6349 | Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 |
| Washington Gas<br>P.O. Box 13099<br>Reading, PA 19612-3099 | Weiwei Jian<br>20904 Butterwood Falls Ter.<br>Sterling, VA 20165-2401 | (p)WHITE OAK COMMERCIAL FINANCE  LLC<br>ATTN JANICE ESPINAL<br>225 NE MIZNER BLVD<br>SUITE 301<br>BOCA RATON FL 33432-4090 |

| | | |
|---|---|---|
| Wolverine World Wide, Inc.<br>25759 Network Pl.<br>Chicago, IL 60673-1257 | Yangzhou Putian Shoemaking<br>#1 Zhennan Rd. Linze<br>Gayou Jiangsu 225621 China PR<br>CHINA | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Hagop Ouzounian<br>Falcon Path<br>LLC 7837 Martin Way E B103<br>Olympia, WA 98516-5731 | Steven B. Ramsdell<br>Tyler, Bartl & Ramsdell, P.L.C.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314-2530 | Weiwei Jian<br>21351 Gentry Dr., Suite 130<br>Sterling, VA 20166-8511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dominion Energy<br>P.O. Box 26543<br>Richmond, VA 23290-0001 | Gwinnett County Public Schools<br>437 Old Peachtree Rd.<br>Suwanee, GA 30024-0000 | M&T Bank<br>1861 Wiehle Ave., Suite 100<br>Reston, VA 20190-0000 |
| (d)M&T Bank<br>P.O. Box 62146<br>Baltimore, MD 21264-2146 | PNC Bank<br>M.S. P5-PCLC-01-M<br>2730 Liberty Ave.<br>Pittsburgh, PA 15222-0000 | Sanmar Corporation<br>P.O. Box 643693<br>Cincinnati, OH 45264-3693 |
| Under Armour<br>1020 Hull St.<br>Baltimore, MD 21230-0000 | White Oak Commercial Finance<br>(Factor for I. Spiewak)<br>225 NE Mizner Blvd, Ste 301<br>Boca Raton, FL 33432 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bill Page Plaza, LLC | (u)Jolene E. Wee, Plan Trustee | (u)United States of America |

End of Label Matrix
Mailable recipients    95
Bypassed recipients     3
Total                  98