IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| UNIMEX CORPORATION, | ) ) | Case No. 20-12535-BFK |
| Debtor. | ) ) |  |

**NOTICE OF PLAN TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND WEIWEI JIAN, BUFFER ZONE, LLC AND GOLD CREEK PROPERTIES, LLC  AND NOTICE OF HEARING THEREON**

PLEASE TAKE NOTICE that Jolene E. Wee, the Plan Trustee ("Trustee"), by counsel, has filed with the clerk of the United States Bankruptcy Court a motion for entry of an order approving settlement with Weiwei Jian, Buffer Zone, LLC and Gold Creek Properties, LLC ("Motion").

> **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**
>
> **A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR APRIL 23, 2024 AT 11:00 A.M. IN COURTROOM I OF THE UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Plan Trustee*

Respectfully submitted,

H. Jason Gold, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Plan Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March, 2024, a copy of the foregoing Motion was delivered by first class mail, postage prepaid, to the parties on the service list[1] and to:

> Maurice B. VerStandig, Esq.
> The VerStandig Law Firm, LLC
> 9812 Falls Roads, #114-160
> Potomac, MD 20854

/s/ Dylan G. Trache
Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not to be served on each of the parties, but is attached to the original Certificate of Service filed with the Court.

4858-0668-5617