IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| UNIMEX CORPORATION, | ) ) | Case No. 20-12535-BFK |
| Debtor. | ) ) | |

**ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND WEIWEI JIAN, BUFFER ZONE, LLC AND GOLD CREEK PROPERTIES, LLC**

UPON CONSIDERATION of the Motion for Approval of Compromise and Settlement ("Motion") between the Trustee and Weiwei Jian, Buffer Zone, LLC and Gold Creek Properties, LLC (Docket No. 215), and it appearing to the Court that the Motion was served on all necessary parties and that no party has objected to the Motion; and the Court having duly examined and considered the Motion and the entire record;

IT IS HEREBY ORDERED:

1. The Motion is Granted.

2. The Settlement Agreement attached as Exhibit A to the Motion is approved and enforceable.

3. The parties to the settlement are authorized and directed to take any and all necessary actions to implement the Settlement Agreement.

4. This Court retains jurisdiction to interpret and enforce this Order and the Settlement Agreement.

May 7 2024

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:May 7 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to Jolene E. Wee, Plan Trustee*


CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: SERVICE

I HEREBY CERTIFY that on May 6, 2024, the foregoing order was served by first class mail, postage prepaid, to:

>    Maurice B. VerStandig, Esq.
>    The VerStandig Law Firm, LLC
>    9812 Falls Roads, #114-160
>    Potomac, MD 20854

                                     /s/ Dylan G. Trache
                                    Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

4886-7884-4857