**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNIMEX CORPORATION, | ) | Case No. 20-12535-BFK |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND WEIWEI JIAN, BUFFER ZONE, LLC AND GOLD CREEK PROPERTIES, LLC**

UPON CONSIDERATION of the Motion for Approval of Compromise and Settlement ("Motion") between the Trustee and Weiwei Jian, Buffer Zone, LLC and Gold Creek Properties, LLC (Docket No. 215), and it appearing to the Court that the Motion was served on all necessary parties and that no party has objected to the Motion; and the Court having duly examined and considered the Motion and the entire record;

IT IS HEREBY ORDERED:

1. The Motion is Granted.

2. The Settlement Agreement attached as Exhibit A to the Motion is approved and enforceable.

3. The parties to the settlement are authorized and directed to take any and all necessary actions to implement the Settlement Agreement.

4. This Court retains jurisdiction to interpret and enforce this Order and the Settlement Agreement.

May 7 2024

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:May 7 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to Jolene E. Wee, Plan Trustee*


CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: SERVICE

I HEREBY CERTIFY that on May 6, 2024, the foregoing order was served by first class mail, postage prepaid, to:

> Maurice B. VerStandig, Esq.
> The VerStandig Law Firm, LLC
> 9812 Falls Roads, #114-160
> Potomac, MD 20854

          /s/ Dylan G. Trache
        Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12535-BFK |
| Unimex Corporation | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: SuzanRami | Page 1 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

**Recip ID         Recipient Name and Address**
+    Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 9812 Falls Roads, #114-160, Potomac, MD 20854-3976

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

**Name                    Email Address**

Allison Palmer Klena
    on behalf of Trustee Jolene E. Wee  Plan Trustee aklena@hirschlerlaw.com, dhowes@hirschlerlaw.com;ndysart@hirschlerlaw.com

Allison Palmer Klena
    on behalf of Plaintiff Jolene E. Wee aklena@hirschlerlaw.com  dhowes@hirschlerlaw.com;ndysart@hirschlerlaw.com

Bradley David Jones
    on behalf of Defendant Yangzhou Putian Shoemaking Co.  Ltd. brad.jones@stinson.com, Marse.Hammond@ofplaw.com;brad.jones2020@ecf.pacerpro.com

Bradley J. Swallow
    on behalf of Creditor Manufacturers and Traders Trust Company  a/k/a M&T Bank bswallow@fblaw.com

Brittany Berlauk Falabella
    on behalf of Plaintiff Jolene E. Wee bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Brittany Berlauk Falabella

Case 20-12535-BFK  Doc 221  Filed 05/09/24  Entered 05/10/24 00:24:09  Desc
Imaged Certificate of Notice  Page 5 of 5

| District/off: 0422-9 | User: SuzanRami | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 07, 2024 | Form ID: pdford9 | Total Noticed: 1 |

on behalf of Trustee Jolene E. Wee Plan Trustee bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Daniel M. Press

on behalf of Creditor Bill Page Plaza LLC dpress@chung-press.com, pressdm@gmail.com

David I. Swan

on behalf of Trustee Jolene E. Wee Plan Trustee dswan@hirschlerlaw.com, ndysart@hirschlerlaw.com

Dylan G. Trache

on behalf of Trustee Jolene E. Wee Plan Trustee dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Dylan G. Trache

on behalf of Plaintiff Jolene E. Wee Plan Trustee of Unimex Corporation dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Gerard R. Vetter

ustpregion04.ax.ecf@usdoj.gov

Jack Frankel

on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

John Darren Sadler

on behalf of Creditor Truist Bank formerly known as Branch Banking and Trust Company sadlerj@ballardspahr.com, andersonn@ballardspahr.com

Jolene E. Wee

on behalf of Trustee Jolene E. Wee Plan Trustee jwee@jw-infinity.com, cjew11@trustesolutions.net

Matthew J. Troy

on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Maurice Belmont VerStandig

on behalf of Defendant Weiwei Jian mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Lanxin Chen mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sean Curtis Griffin

on behalf of Creditor Morning Pride Manufacturing LLC sgriffin@dykema.com

Steven B. Ramsdell

on behalf of Debtor Unimex Corporation sramsdell@tbrclaw.com asemerjian@tbrclaw.com

Steven F. Jackson

on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov nicole.rodriguez@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.Sproul@loudoun.gov

TOTAL: 20