**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re:
UNIMEX CORPORATION, INC.,

Chapter 11 (Subchapter V)
Case No. 20-12535-BFK

Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 02/19/2025, I did cause a copy of the following document, described below.

Plan Trustee's Notice of Intent to Make Second Interim Distributions

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 02/19/2025

*/s/ Jolene E. Wee*
Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re:  
UNIMEX CORPORATION, INC.,  

Chapter 11 (Subchapter V)  
Case No. 20-12535-BFK

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 02/19/2025, I did cause a copy of the following document, described below.

Plan Trustee's Notice of Intent to Make Second Interim Distributions

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 02/19/2025

*Charles Wheeler*  
Charles Wheeler  
c/o Stretto  
410 Exchange Ste 100  
Irvine, CA 92602

Exhibit

| | | | | | | |
|---|---|---|---|---|---|---|
| Cobmex Apparel, Inc. | 19 Denison St. | Markham, Ontario L3R 1B5 | | | | CANADA |
| Yangzhou Putian Shoemaking | #1 Zhennan Rd. Linze | Gayou Jiangsu 225621 China PR | | | | CHINA |
| American Consulate | GieBener Str. 30 | Frankfurt, Germany 60435 | | | | GERMANY |
| 5.11 Tactical, Inc. | 62789 Collection Center Dr. | Chicago, IL 60693-0627 | | | | |
| ADT Security Services | 3190 S. Vaughn Way | Aurora, CO 80014-3541 | | | | |
| AT&T | P.O. Box 5014 | Carol Stream, IL 60197-5014 | | | | |
| Atlanco-Tru-Spec | P.O. Box 746267 | Atlanta, GA 30374-6267 | | | | |
| Badger Sport | P.O. Box 1036 | Charlotte, NC 28201-1036 | | | | |
| BB&T | P.O. Box 580050 | Charlotte, NC 28258-0050 | | | | |
| Belleville Boot Company | P.O. Box 205157 | Dallas, TX 75320-5157 | | | | |
| Berne Apparel Company | 2501 E. 850 N. | P.O. Box 530 | Ossian, IN 46777-0530 | | | |
| Bureau of Engraving and Print | 301 14th St., SW | Washington, DC 20228-0001 | | | | |
| Bill Page Plaza, LLC | 6718 Whittier Ave. 200 | McLean, VA 22101-4531 | | | | |
| Blue Generation | The CIT Group | P.O. Box 1036 | Charlotte, NC 28201-1036 | | | |
| Bradley J. Swallow | Funk & Bolton, P.A. | 100 Light Street, Suite 1400 | Baltimore, MD 21202-1188 | | | |
| Capital One | P.O. Box 71083 | Charlotte, NC 28272-1083 | | | | |
| Capital One Bank (USA), N.A. | by American InfoSource as agent | 4515 N Santa Fe Ave | Oklahoma City, OK 73118-7901 | | | |
| City Ocean International Inc. | 1350 Valley Vista Dr. | Diamond Bar, CA 91765-3910 | | | | |
| The CIT Group/Commercial Services, Inc. | 134 Wooding Ave. | Danville, VA 24541-3763 | | | | |
| Cobmex Apparel Ltd. | Mark A. Merson | c/o Ruback & Merson P.C. | 462 Seventh Avenue, 12th Floor | New York, NY 10018-7433 | | |
| Cobmex Apparel Ltd. | Coface North America Insurance Company | 650 College Road East, Suite 2005 | Princeton, NJ 08540-6779 | | | |
| Coface North America Insurance Company | 650 College Road East, Suite 2005 | Princeton, NJ 08540-6779 | | | | |
| Comcast | P.O. Box 3005 | Southeastern, PA 19398-3005 | | | | |
| County of Henrico, VA | School Nutrition Services | 3751A Nine Mile Rd. | Henrico, VA 23223-4830 | | | |
| County of Loudoun | 1 Harrison Street, SE (MSC #06) | Leesburg, VA 20175-3102 | | | | |
| Core Business Solutions, Inc. | 208 S. 4th St., Suite 7 | P.O. Box 631 | Lewisburg, PA 17837-0631 | | | |
| Crown Lift Trucks | 2495 E. Perry Rd. | Plainfield, IN 46168-7620 | | | | |
| Daniel M. Press | Chung & Press, P.C. | 6718 Whittier Ave., Suite 200 | McLean, VA 22101-4531 | | | |
| David I. Swan | Hirschler Fleischer PC | 1676 International Drive | Suite 1350 | Tysons, VA 22102-4940 | | |
| David C. Spellman, Esq. | Buchalter PC | 1420 Fifth Ave., Suite 3100 | Seattle, WA 98101-1337 | | | |
| DHL Express USA, Inc. | 16416 Northchase Dr. | Houston, TX 77060-3309 | | | | |
| DLA Aviation | NASC Commodities Division | 8000 Jefferson Davis Hwy. | Richmond, VA 23297-5002 | | | |
| DLA Land and Maritime | Land Supply Chain Esoc Buys | P.O. Box 3990 | Columbus, OH 43218-3990 | | | |
| DLA Land and Maritime | LSO Combat Vehicles & Armament | P.O. Box 3990 | Columbus, OH 43218-3990 | | | |
| DLA Troop Support | C & T Supply Chain | 700 Robbins Ave. | Philadelphia, PA 19111-5096 | | | |
| DLA Troop Support | Construction & Equipment | 700 Robbins Ave. | Philadelphia, PA 19111-5096 | | | |
| Dominion Energy | P.O. Box 26543 | Richmond, VA 23290-0001 | | | | |
| Echo Global Logistics | Attn: Jeff Short | 600 W. Chicago Ave, Ste 725 | Chicago, IL 60654-2522 | | | |
| Echo Global Logistics | 22168 Network Pl. | Chicago, IL 60673-1221 | | | | |
| Elbeco, Inc. | P.O. Box 13099 | Reading, PA 19612-3099 | | | | |
| Euler Hermes N.A. Insurance Company | 800 Red Brook Blvd. | Owings Mills, MD 21117-5173 | | | | |
| Export Corporation | 6060 Whitmore Lake Rd. | Brighton, MI 48116-1941 | | | | |
| Falcon Path, L.L.C. | 7837 Martin Way E Suite B103 | Olympia, WA 98516-5731 | | | | |
| First Tactical, LLC | 4300 Spyres Way | Modesto, CA 95356-9259 | | | | |
| Matthew W. Cheney | Office of the U.S. Trustee - Region 4 | 1725 Duke Street | Suite 650 | Alexandria, VA 22314-3489 | | |
| Gwinnett County Public Schools | 437 Old Peachtree Rd. | Suwanee, GA 30024-0000 | | | | |
| Hagop Ouzounian | Falcon Path | 7837 Martin Way E B103 | Olympia, WA 98516-5731 | | | |
| Heights Tower Service, Inc. | 16404 Village Pkwy. | Fredericktown, OH 43019-9585 | | | | |
| HH Brown Work & Outdoor Group | P.O. Box 26802 | New York, NY 10087-6802 | | | | |
| Honeywell First Responder | 7976 Collections Center Dr. | Chicago, IL 60693-0079 | | | | |
| Howard Uniform | 1915 Annapolis Rd. | Baltimore, MD 21230-3154 | | | | |
| Indiana Alarm | 8727 Commerce Park Pl. | Suite 1 | Indianapolis, IN 46268-3168 | | | |
| Jolene Wee. Plan Trustee | c/o David I. Swan | c/o David I. Swan | Hirschler Fleischer, PC | 1676 International Drive, Suite 1350 | Tysons, VA 22102-4940 | |
| John Darren Sadler | Ballard Spahr LLP | 1909 K Street N.W. | 12th Floor | Washington, DC 20006-1152 | | |
| Kroll International, LLC | P.O. Box 72529 | Cleveland, OH 44192-0002 | | | | |
| Manufacturers and Traders Trust Company, a/k | c/o Bradley J. Swallow, Esquire | Funk & Bolton, P.A. | 100 Light Street, Suite 1400 | Baltimore, MD 21202-1188 | | |
| Matthew J. Troy | DOJ-Civ | 2100 Jamieson Avenue | Alexandria, VA 22314-5702 | | | |
| M&T Bank | Attn: Office of Gen. Counsel | One M&T Plaza | Buffalo, NY 14203-0000 | | | |
| M&T BANK | LEGAL DOCUMENT PROCESSING | 626 COMMERCE DRIVE | AMHERST NY 14228-2307 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| M&T Bank | P.O. Box 62146 | Baltimore, MD 21264-2146 | | | | |
| M&T Bank | 1861 Wiehle Ave., Suite 100 | Reston, VA 20190-0000 | | | | |
| MSA Safety Sales, LLC | Sierra Monitor | 1991 Tarob Ct. | Milpitas, CA 95035-6825 | | | |
| PNC Bank | M.S. P5-PCLC-01-M | 2730 Liberty Ave. | Pittsburgh, PA 15222-0000 | | | |
| PNC BANK RETAIL LENDING | P O BOX 94982 | CLEVELAND OH 44101-4982 | | | | |
| Propper International Sales | P.O. Box 952395 | Saint Louis, MO 63195-2395 | | | | |
| Reeves Co. | 51 Newcomb St. | P.O. Box 509 | Attleboro, MA 02703-0009 | | | |
| Reeves Company, Inc. | P. O. Box 509 | Attleboro, MA 02703-0009 | | | | |
| Sean Curtis Griffin | Longman & Van Grack | 1629 K Street, NW | Suite 300 | Washington, DC 20006-1631 | | |
| S&S Activewear, LLC | Lockbox #821325 | 525 Fellowship Rd., Suite 330 | Mount Laurel, NJ 08054-3415 | | | |
| Sanmar Corporation | P.O. Box 643693 | Cincinnati, OH 45264-3693 | | | | |
| SANMAR CORP | 22833 SE BLACK NUGGET RD | STE 130 | ISSAQUAH WA 98029-3621 | | | |
| Spiewak | P.O. Box 100895 | Atlanta, GA 30384-4174 | | | | |
| Steven B. Ramsdell | Tyler, Bartl & Ramsdell, P.L.C. | 300 N. Washington St., Suite 310 | Alexandria, VA 22314-2530 | | | |
| Steven F. Jackson | Office of the Loudoun County Attorney | One Harrison Street, S.E. | 5th Floor, MSC #06 | P.O. Box 7000 | Leesburg, VA 20177-7000 | |
| The CIT Group/Commercial Services, Inc. | 134 Wooding Ave. | Danville, VA 24541-3763 | | | | |
| Timberland | VF Outdoors, Inc. | 32842 Collection Center Dr. | Chicago, IL 60693-0328 | | | |
| Trimark Corporation | Attn: Mabel C. Barrios | 6231 Leesburg Pike, Suite 100 | Falls Church, VA 22044-2100 | | | |
| Truist Bank | c/o John D. Sadler, Esquire | Ballard Spahr LLP | 1909 K Street, NW, 12th Floor | Washington, DC 20006-1152 | | |
| US Army Corps of Engineers | 4155 Clay St. | Vicksburg, MS 39183-3435 | | | | |
| U.S. Securities and Exchange Commission | Office of Reorganization | 950 East Paces Ferry Road, N.E. | Suite 900 | Atlanta, GA 30326-1382 | | |
| U.S. Small Business Admin. | 14925 Kingsport Rd. | Fort Worth, TX 76155-2243 | | | | |
| U.S. Small Business Administration | 409 3rd Street, SW | Washington, DC 20416-0005 | | | | |
| U.S. Small Business Administration | 200 W. Santa Ana Blvd., Suite 740 | Santa Ana, CA 92701-7534 | | | | |
| Uline | 2200 S. Lakeside Dr. | Waukegan, IL 60085-8311 | | | | |
| Uline | 12575 Uline Drive | Pleasant Prairie, WI 53158-3686 | | | | |
| UNDER ARMOUR INC | 1020 HULL STREET | BALTIMORE MD 21230-5356 | | | | |
| Unimex Corporation | 21351 Gentry Dr., Suite 130 | Sterling, VA 20166-8511 | | | | |
| United Health Care | 6101 Executive Blvd. | Suite 120 | Rockville, MD 20852-3907 | | | |
| United States Bankruptcy Court | 200 South Washington Street | Alexandria, VA 22314-5405 | | | | |
| UST smg Alexandria | Office of the U. S. Trustee | 1725 Duke Street | Suite 650 | Alexandria, VA 22314-3489 | | |
| Vectren Energy | 1335 E. Dayton Yellow Springs | Fairborn, OH 45324-6349 | | | | |
| Verizon | P.O. Box 15124 | Albany, NY 12212-5124 | | | | |
| VF Imagewear | Horace Small | 545 Marriot Dr. | Nashville, TN 37214-5011 | | | |
| Washington Gas | P.O. Box 13099 | Reading, PA 19612-3099 | | | | |
| Weiwei Jian | 20904 Butterwood Falls Ter. | Sterling, VA 20165-2401 | | | | |
| WHITE OAK COMMERCIAL FINANCE LLC | ATTN JANICE ESPINAL | 225 NE MIZNER BLVD | SUITE 301 | BOCA RATON FL 33432-4090 | | |
| Wolverine World Wide, Inc. | 25759 Network Pl. | Chicago, IL 60673-1257 | | | | |