**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

In re:

**Unimex Corporation**
Debtor.

Case No. 20-12535-BFK

Chapter 11 (Subchapter V)

**NOTICE OF CHANGE OF COUNSEL'S  ADDRESS**

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

       Dated: August 14, 2026.

       /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Bill Page Plaza LLC

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press

2